**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN MONTES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**MANDARICH LAW GROUP, LLP,**<br><br>Defendant. | **Case No.:** 13-cv-1670 DMS WVG<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO F.R.C.P. 41 (A)** |

///
///
///
///
///
///
///
///
///

**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO F.R.C.P. 41(A)**   PAGE 1 OF 2

Plaintiff KAREN MONTES ("Plaintiff") hereby moves to dismiss this action with prejudice as to Plaintiff and without prejudice as to the putative class members.

Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to Plaintiff and WITHOUT PREJUDICE as to the putative class members.

Date: August 6, 2013                                   **KAZEROUNI LAW GROUP, APC**

                                                       By:   ____/s Matthew M. Loker_____
                                                                   MATTHEW M. LOKER
                                                                   ATTORNEY FOR PLAINTIFF